UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

STASON SUTTON

                        Plaintiff,

               v.

150 WEST 55TH STREET APARTMENT CORPORATION

                     Defendant.

------------------------------------------------------------------x

Docket No. 1:24-cv-09753 (MKV)(VF)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: March 25, 2025
       New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
Glen H. Parker, Esq.
Attorneys for Plaintiff
28 Valley Road
Montclair, New Jersey 07042
Tel 347-292-9042
ghp@parkerlawusa.com

**CARMAN, CALLAHAN & INGHAM LLP**

By: _____
James M. Carman, Esq.
Attorneys for the Defendant
266 Main Street
Farmingdale, New York 11735
Direct Dial: (516) 370-5525
jcarman@carmanlawteam.com